UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **MARIANNE SANDOZ** | * | CIVIL ACTION NO.: |
| | * | |
| | * | |
| **VERSUS** | * | SECTION: |
| | * | |
| **THE UNITED STATES OF** | * | |
| **AMERICA d/b/a SOUTHEAST** | * | |
| **LOUISIANA VETERANS** | * | |
| **HEALTHCARE SYSTEM, AN** | * | |
| **AGENCY OF THE DEPT. OF** | * | |
| **VETERAN AFFAIRS, a/k/a** | * | |
| **SOUTHEAST LA VETERANS** | * | |
| **HOSPITAL AND ITS UNIDENTIFIED** | * | |
| **EMPLOYED PHYSICIANS AND** | * | |
| **AMERICA d/b/a GV MONTGOMERY** | * | |
| **VA MEDICAL CENTER,** | * | |
| **AGENCY OF THE DEPT. OF** | * | |
| **VETERAN AFFAIRS a/k/a GV** | * | |
| **MONTGOMERY MEDICAL CENTER** | * | |
| **IN PINES COUNTY MS, AND ITS** | * | |
| **EMPLOYED PHYSICIANS AND/OR** | * | |
| **STAFF, AND VA HOSPITAL,** | * | |
| **HOUSTON, TEXAS a/k/a MICHAEL** | * | |
| **E. DEBAKEY VA MEDICAL** | * | |
| **CENTER AND ITS EMPLOYED** | * | |
| **PHYSICIANS AND/OR STAFF** | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## COMPLAINT

**COME NOW** Plaintiff, **Marianne Sandoz**, by and through undersigned counsel, who files this Complaint against the Defendant, THE UNITED STATES OF AMERICA, and in support thereof would show the following:

**I.   JURISDICTION AND VENUE**

1. This cause of action arises under the Federal Tort Claims Act (hereinafter referred to as the FTCA), Title 28, United States Code, Section 2671 *et seq.*

1

2. This Court has jurisdiction over the parties and the subject matter pursuant to Title 28, United States Code, Sections 1346(b) and 1402(b).

3. Defendant's complained of negligent acts and omissions occurred through the direction of the VA Hospitals in Louisiana, in Mississippi, and Texas, as well as in Orleans Parish, State of Louisiana.

4. Pursuant to Title 28, United States Code, Section 2672, Plaintiff has submitted an administrative claim for the negligence encompassing the allegations contained herein to the Department of Veterans Affairs, Medical Center Director, Southeast Louisiana Veterans Health Care System, 1601 Perdido Street, New Orleans, Louisiana 70112, as well as to Regional Counsel for GV Sonny Montgomery VA Medical Center, located in Jackson, Mississippi, for acts of negligence beginning in October, 2011, and continuing through the present. This claim was submitted on February 24, 2015, within two (2) years of the ongoing tort and continuous acts of malpractice and negligence complained of herein and within 6 months of the filing of the Complaint, since no denial letter was received.

5. On February 24, 2015, as well as on prior occasions, Administrative Claims were filed by Marianne Sandoz with the United States Department of Veterans Affairs. As of August 18, 2015, no response and/or denial has been received. Accordingly, and in an abundance of caution, this complaint is filed within 6 months from the date of that claim was originally filed, and is thus, timely.

6. Venue is proper in the United States District Court for the Eastern District of Louisiana pursuant to Title 28, United States Code, Section 1402(b).

7. Service of process on the Defendant may be accomplished pursuant to Rule 4 of the Federal Rules of Civil Procedure.

## II.   PARTIES TO ACTION

8. Plaintiff Marianne Sandoz, a person of full age of majority, and a resident of St. Tammany, State of Louisiana.

9. The United States Government, a/k/a Southeast Louisiana Veterans Health Care System, and/or the Southeast Louisiana Veterans Hospital, GV Sonny Montgomery VA Medical Center, and Michael DeBakey Medical Center in Houston, Texas, as well as the employed physicians and/or staff of all three entities, who were acting in the course and scope of their employment, at the time of the incident/treatment. All three hospitals are agencies of the Department of Veteran Affairs which is an Agency of the defendant, The United States of America.

## III.   FACTS

10. Plaintiff Marianne Sandoz was born on December 5, 1943, and was admitted to defendant, GV Sonny Montgomery VA Medical Center, upon the request of the VA Hospital in New Orleans, Louisiana, on or about October 2011.

11. On October 6, 2011, surgery was conducted by Dr. Rowland Roberson, a resident physician, allegedly under the direction and supervision of Dr. Lane Laken. During the surgery to correct Ms. Sandoz's left cubital tunnel syndrome, Dr. Roberson, while releasing the intramuscular septum and the ulnar nerve, inadvertently transected the ulnar never, thus causing Ms. Sandoz permanent damages to her unlar nerve.

3

12. The transection of the unlar occurred due to the medical negligence of the healthcare providers employed by the GV Sonny Montgomery VA Medical System, which owed a duty to skillfully, prudently, and thoroughly care for/treat/advise, and observe Ms. Sandoz as would any reasonably prudent surgeon and/or healthcare provider confronted with a patient presenting with similar conditions.

13. Petitioner submits that the GV Sonny Montgomery VA Medical System, and its employed physicians, contributed to the damages suffered by petitioner herein.

14. Subsequently, the patient was transferred back to the VA Hospital in the metro New Orleans area for ongoing treatment on her wrist/hand.

15. Upon arriving back in the Louisiana system, the treatment was sporadic, incomplete, lacking, and wide spaced. The treatment was inappropriate for her needs, and caused delays which breached the applicable standard of care and caused petitioner additional damages.

16. Petitioner submits that the care at all times was directed through the VA System and was ongoing in nature, beginning in the metro New Orleans area, and continuing on into Mississippi, and then again back into the Metro New Orleans area. These actions constitute ongoing torts, and as such the statute of limitations is interrupted during the pendency of the ongoing tort.

17. Despite numerous complaints, Ms. Sandoz's conditions were ignored, and the appropriate physicians were not consulted.

18. Finally, the patient was referred to a physician with the VA Hospital in Houston, Texas. This physician, believed to be Dr. David T. Netscher, Chief of Plastic Surgery at the Michael DeBakey VA Medical Center.

19. After numerous episodes of surgical treatment, the patient was returned to Louisiana, and care once again began not only to be directed by, and provided by the Southeast Veterans Association Hospital in New Orleans.

20. During the patient's ongoing treatment at the VA Hospital in New Orleans, the care was sporadic, and lacking. Despite ongoing complaints, the appropriate treating physicians were not provided, and the patient's condition began to worsen.

21. Finally, a hand specialist was identified by the VA Hospital to be on staff. Ms. Sandoz saw this physician, who admittedly stated that the patient needed to see someone with more expertise, and referred the patient to an independent contractor, Dr. Harold Stokes.

22. The patient was seen by Dr. Stokes, who reviewed the treatment, and stated that the care provided at the VA Hospital in Houston, and through the VA Hospital System in Mississippi, Houston, and Texas was lacking, and constituted medical negligence. As a result of the inappropriately performed surgeries, Dr. Stokes needed to perform additional surgeries and attempt to lessen the disfigurement of Ms. Sandoz's arm. Dr. Stokes also determined that the surgery done at the VA Hospital in Texas was done inappropriately.

23. Ms. Sandoz is still recuperating from the surgical procedure, and is unsure as to what the future medical care is needed and what degree of permanent deformity/lack of use will result.

24. Petitioner's hand is still basically unable to perform many, if not all, of her day to day activities, and she is now experiencing additional problems as a result of the

lack of treatment and/or the inappropriate treatment received from the VA Hospitals and/or its employees.

25. The sole and proximate cause of Ms. Sandoz's injuries was the inappropriate care and treatment provided by employed physicians and/or staff at the VA Hospitals located in Jackson, Mississippi, New Orleans, Louisiana, and Houston, Texas. Petition submits that the staff perpetrated ongoing and continuous torts and/or breaches of the applicable standards of care, and caused the petitioner life altering and permanent damages.

26. As a result of the above facts, petitioner Marianne Sandoz, has suffered physical pain and suffering, mental pain and anguish, permanent scarring and/or disfigurement, medical expenses, loss of use, loss of enjoyment of life, as well as any and all other damages which may be proven at Trial.

27. Petitioner is still undergoing medical care and will need additional treatment throughout time.

## IV. COUNT 1
## FEDERAL TORT CLAIMS ACT

Plaintiff realleges each and every allegation contained in paragraphs numbered 1 through 27 above, as if fully set forth herein.

28. If Defendant were a Louisiana Corporation and/or hospital, it would be liable to Plaintiff in accordance with the laws of the State of Louisiana.

29. Plaintiff is free from any acts of negligence and/or contributory negligence with regard to the damages suffered herein and complained of herein.

30. Defendants' complained of acts and omissions constitute negligence and/or medical malpractice, which is ongoing in nature.

**WHEREFORE,** Plaintiff prays that this Court, after reviewing all pleadings and hearing testimony, award her damages in the amount of:

ONE MILLION DOLLARS AND N0/100, as well as any and all medical expenses incurred by the petitioner, interest from the date of filing the original complaint forward, any and all costs of this matter, as well as any and all other general and equitable relief which may be available by law.

                                              Respectfully Submitted:

                                              /s/ J. Michael Daly, Jr.
J. Michael Daly, Jr., Bar No.  19539
Walker Daly, LLP
3939 North Causeway Blvd., Ste. 200
Metairie, Louisiana  70002
Telephone:  (504) 846-5700
Facsimile:   (504) 846-5722

**PLEASE SERVE:**

**Attorney General of United States at Washington DC**
**U.S. Department of Justice**
**950 Pennsylvania Ave, NW**
**Washington, DC 20530**

**United States Attorney for Louisiana**
**Mr. Dana Boente**
**210 Hale Boggs Federal Building**
**500 Poydras Street**
**New Orleans, Louisiana 70130**