UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| MARIANNE SANDOZ | CIVIL ACTION |
| VERSUS | No.: 15-3697 |
| UNITED STATES OF AMERICA | SECTION: "J"(1) |

### ORDER

Considering the *Unopposed Motion to Dismiss with Prejudice* **(Rec. Doc. 48)**,

**IT IS HEREBY ORDERED** that the motion is **GRANTED.**

**IT IS FURTHER ORDERED** that all of Plaintiff's claims in the above captioned matter are hereby **DISMISSED WITH PREJUDICE** with each party to bear its own costs.

New Orleans, Louisiana this 12th day of September, 2017.

_____
CARL J. BARBIER
UNITED STATES DISTRICT JUDGE